UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ROBERT MCSWEENEY,

Plaintiff,

-v-

RESURGENT CAPITAL SERVICES, L.P. et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-5411 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On **July 28, 2026**, Defendants were served with the Complaint, and proof of service was filed with the Court. *See* ECF Nos. 9, 10. To date, Defendants have failed to appear in this action. No later than **August 26, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendants or if he has any other reason to believe that Defendants have actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: August 19, 2026
New York, New York

JESSE M. FURMAN
United States District Judge